IN THE MATTER OF George Hunter
MCMASTER, Respondent.

Appellate Case No. 2016–001332

Supreme Court of South Carolina.

June 23, 2016

ORDER

The Commission on Lawyer Conduct has notified this Court that it has initiated proceedings pursuant to Rule 28(b)(2) of the Rules for Lawyer Disciplinary Enforcement (RLDE), Rule 413, SCACR, in this matter. We therefore transfer respondent to incapacity inactive status until further order of this Court.[1] Rule 28(b)(2)(A), SCACR.

s/Costa M. Pleicones
  Costa M. Pleicones
  Chief Justice of South Carolina

---

1. Respondent was placed on interim suspension on July 2, 2014, and remains subject to the injunction set forth therein. *See In re McMaster*, 409 S.C. 48, 760 S.E.2d 413 (2014).